UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES NANCE; ANDREA NANCE; and CAROLINA SHORES HEALTHCARE, and all those similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **JUDGMENT**<br>)<br>)    No. 7:14-CV-9-FL |
| JOHN INGRAM, in his individual and official capacity as Sheriff of Brunswick County and WESTERN SURETY COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 29, 2015, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on September 29, 2015, and Copies To:**

James E. Hairston, Jr. (via CM/ECF Notice of Electronic Filing)
M. Brad Hill (via CM/ECF Notice of Electronic Filing)
Richard Jennings Hollar (via CM/ECF Notice of Electronic Filing)
Christopher Geis (via CM/ECF Notice of Electronic Filing)


September 29, 2015            JULIE RICHARDS JOHNSTON, CLERK
                                               /s/ Christa N. Baker
                                               (By) Christa N. Baker, Deputy Clerk